IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GRACE NSIAH, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-60-RP |
| ACCENTURE PLC, et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On this date, the Court issued an order granting Plaintiff Grace Nsiah's ("Nsiah") motion to dismiss, (Dkt. 26). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on May 10, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE